No. 85–2005.  LEWIS ET AL. *v.* McMASTERS ET AL.  Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.  Treating

the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ■